

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00333-CV

Joseph Patrick **GARZA**,
Appellant

v.

**NATIONS FUND I, LLC**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-19-35
The Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: June 12, 2019

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM